## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA MONFILETTO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**NORDSTROM, INC.,**<br><br>*Defendant.* | Case No. 5:19-cv-04005-JDW |

### ORDER

AND NOW, this 31st day of July, 2020, upon consideration of Defendant Nordstrom, Inc.'s Motion For Summary Judgment (ECF No. 29), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Judgment is **ENTERED** in favor of Defendant Nordstrom, Inc., and against Plaintiff Donna Monfiletto.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge